**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE:  ROBERT R ROJAS | ) | Case No. 23 B 01997 |
|   MAGDIELL D C ROJAS | ) | |
| | ) | Chapter 13 |
|   Debtor(s) | ) | |
| | ) | Judge: CAROL A DOYLE |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

ROBERT R ROJAS                              PRO SE DEBTOR
MAGDIELL D C ROJAS                     ACTING AS OWN ATTORNEY
4930 W NEWPORT
CHICAGO, IL 60641

Please take notice that on March 14, 2023 at 9:15 am., I will appear before the Honorable Judge Carol A Doyle or any judge sitting in the judge's place, **either** in Courtroom 742, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of trustee to dismiss case for failure to file required documents under section 521, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID and passcode.
**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.
**Meeting ID and passcode**. The meeting ID for this hearing is 161 155 8289 and the passcode is Doyle742. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on March 03, 2023.

/s/ Thomas H. Hooper
_____
Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| RE:  ROBERT R ROJAS ) | Case No. 23 B 01997 |
|       MAGDIELL D C ROJAS ) | |
| ) | Chapter 13 |
| ) | |
|       Debtor(s)  ) | Judge: CAROL A DOYLE |

## MOTION TO DISMISS
## FOR FAILURE TO FILE REQUIRED DOCUMENTS UNDER SECTION 521 (a) (1)

Now comes Thomas H. Hooper, Trustee in the above entitled case and moves this Honorable Court to dismiss this case for cause pursuant to 11 U.S.C. § 1307 (c)(9) and in support thereof states as follows:

1. Debtor(s) filed the above captioned case on February 16, 2023.

2. Debtor(s) has failed to file the following documents within 14 days of filing the petition;

   Failure to file Statement of Financial Affairs and Schedules.

3. Rule 1007 (c) Rules of Bankruptcy Procedure require that certain documents be filed

   with the petition, or within 14 days thereafter.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900