**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 23-01997

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Robert Robin Rojas
**Robert Robin Rojas**
Signature of Debtor 1

/s/ Magdiell de Cristo Rojas
**Magdiell de Cristo Rojas**
Signature of Debtor 2

Executed on **March 21, 2023**
MM / DD / YYYY

Executed on **March 21, 2023**
MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1: **Robert Robin Rojas**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): **Magdiell de Cristo Rojas**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (If known): **23-01997**

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Robert Rojas_____  X _/s/ Magdiell Reyes_____
Robert Robin Rojas              Magdiell de Cristo Rojas
Signature of Debtor 1            Signature of Debtor 2

Date **March 21, 2023**        Date **March 21, 2023**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** First Name | **Robin** Middle Name | **Rojas** Last Name |
| Debtor 2 (Spouse if, filing) | **Magdiell** First Name | **de Cristo** Middle Name | **Rojas** Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 23-01997

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

*/s/ Robert Robin Rojas*
Signature of Debtor 1

*/s/ Magdiell Rojas*
Signature of Debtor 2

Date March 21, 2023

Date March 21, 2023

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1: Robert Robin Rojas

Debtor 2 (Spouse, if filing): Magdiell de Cristo Rojas

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): 23-01997

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

■ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

■ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

10/19

---

**Part 4:   Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _/s/ Robert Rojas_        X _/s/ Magdiell Rojas_
Robert Robin Rojas              Magdiell de Cristo Rojas
Signature of Debtor 1           Signature of Debtor 2

Date **March 21, 2023**          Date **March 21, 2023**
   MM / DD / YYYY                      MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

**Fill in this information to identify your case:**

Debtor 1: **Robert Robin Rojas**

Debtor 2 (Spouse, if filing): **Magdieli de Cristo Rojas**

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): **23-01997**

☐ Check if this is an amended filing

Official Form 122C-2
# Chapter 13 Calculation of Your Disposable Income
04/22

---

## Part 4: Sign Below

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

X _____
**Robert Robin Rojas**
Signature of Debtor 1

Date **March 21, 2023**
MM / DD / YYYY

X _____
**Magdieli de Cristo Rojas**
Signature of Debtor 2

Date **March 21, 2023**
MM / DD / YYYY

---

Official Form 122C-2     Chapter 13 Calculation of Your Disposable Income     page 1

Form 13-8

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**COURT-APPROVED RETENTION AGREEMENT**
(for cases filed on or after March 15, 2021)
(Signature Page)

_____
**Robert Robin Rojas**
Debtor

_____
**Magdielo de Cristo Rojas**
Debtor

Date: **March 21, 2023**

_____
**David H Cutler**
Lawyer

Date: **March 21, 2023**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert Robin Rojas** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Magdiell de Cristo Rojas** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | | |
| Case number: | **23-01997** | | |
| (If known) | | | |

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

Official Form 113

# Chapter 13 Plan                                                                                                               12/17

## Part 9: Signature(s):

**9.1    Signatures of Debtor(s) and Debtor(s)' Attorney**
*If the Debtor(s) do not have an attorney, the Debtor(s) must sign below, otherwise the Debtor(s) signatures are optional. The attorney for Debtor(s), if any, must sign below.*

X _[signature]_                                                                             X _[signature]_
**Robert Robin Rojas**                                                           **Magdiell de Cristo Rojas**
Signature of Debtor 1                                                              Signature of Debtor 2

Executed on   **March 21, 2023**                                           Executed on   **March 21, 2023**

X _____                                              Date  **March 21, 2023**
**David H Cutler**
Signature of Attorney for Debtor(s)

By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Robert Robin Rojas**
**Magdiell de Cristo Rojas**
Debtor(s)

Case No. **23-01997**
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **17**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 21, 2023**

_____
**Robert Robin Rojas**
Signature of Debtor

Date: **March 21, 2023**

_____
**Magdiell de Cristo Rojas**
Signature of Debtor

|  |  |
|---|---|
| Postage | $ 25.00 |
|  | $ 0.00 |
|  | $ 0.00 |
|  | $ 0.00 |
| C. **Total Fees and Estimated Expenses:** | $ 4,525.00 |
| Advance payment by debtor: | $ 0.00 |
| Balance owed by debtor: | $ 4,525.00 |

_____
Robert Robin Rojas
Debtor

_____
Magdiell de Cristo Rojas
Debtor

Date: March 21, 2023

_____
David H Cutler
Lawyer

Date: March 21, 2023

5