|  |  |
|---|---|
| Postage | $ 25.00 |
|  | $ 0.00 |
|  | $ 0.00 |
|  | $ 0.00 |
| C.  **Total Fees and Estimated Expenses:** | $ 4,525.00 |
| Advance payment by debtor: | $ 0.00 |
| Balance owed by debtor: | $ 4,525.00 |

*Robert Robin Rojas*
Debtor

*David H Cutler*
Lawyer

Date: March 21, 2023

*Magdiell de Cristo Rojas*
Debtor

Date: March 21, 2023