## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
|    Robert Robin Rojas | ) | |
|    Magdiell De Cristo Rojas | ) | Case No.  23-01997 |
| | ) | |
|    Debtors | ) | Judge Timothy A. Barnes |

### <u>NOTICE OF MOTION</u>

TO:    Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850 Chicago, IL 60603, served via electronic court notification;

See attached Service List, served via U.S. Mail.

PLEASE TAKE NOTICE that on October 12, 2023, at 10:00 A.M., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, **either** in courtroom 744 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois 60604, **or** electronically as described below, and present the motion of the Debtors to Modify Plan Post Confirmation, a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By:   David H. Cutler
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600
cutlerfilings@gmail.com

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I served a copy of this notice and the attached motion electronically and through U.S. Mail on each entity shown on the attached list at the address shown on the list on September 21, 2023 by 6:00 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtors
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:   23-01997 |
| Robert Robin Rojas | ) | |
| Magdiell De Cristo Rojas | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge:  Timothy A. Barnes |

MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtors, Robert Robin Rojas and Magdiell De Cristo Rojas (hereafter referred to as "the Debtors"), by and through their attorneys, Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC §1334 and this is a "core proceeding" under 28 USC §157(b)(2).

2. The Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on February 16, 2023.

3. The Debtors' Chapter 13 Plan was confirmed on June 15, 2023.

4. The Debtors' confirmation order provides for a payment of $2,208 for 32 months then $2,506 for 28 months with unsecured creditors receiving 100% of their unsecured claims.

5. The Debtors have paid in to date $5,166 to their Chapter 13 plan.

6. The Debtors have a current trustee default of $10,290 as of the date of this motion.

7. The Debtors had fallen behind on their trustee payments due to increased expenses and have they have reviewed them and amended expense schedules are attached.  (See Exhibit A)

8. The Debtors are seeking to modify the plan post confirmation to defer the current trustee default to the end of the plan and to reduce the plan payment to $750 a month beginning

October 2023 until the end of the plan with unsecured creditors receiving 100% of their unsecured claims.

9. The Debtors had entered into a mortgage modification with their mortgage lender, Carrington Mortgage Services and an amended proof of claim, claim no. 8-3 was filed on September 12, 2023 listing zero for prepetition arrearage and with the mortgage arrears no longer being paid in the Chapter 13 plan there is room to reduce the plan payment and to defer the trustee default.  Please see pages 1-4 of the amened proof of claim, claim no. 8-3 listing the reduction in arrearages to zero as is the basis for seeking to reduce the plan payment and defer the default.  (See Exhibit B)

10. The Debtors are also seeking to add language in section 8.1 of their plan that the Trustee is not to make payments on the secured U.S. Department of Housing and Urban Development (HUD) claim that is claim no. 10 for the property located at 4930 W Newport Ave Chicago, IL 60641 as it is part of the loan modification.

11. The Debtors are able to make their trustee payments going forward as they are more manageable, but they are unable to get caught up on the full default amount in one lump sum payment.

12. The Debtors seek to modify their plan post-confirmation by deferring the existing trustee default to the end of the plan, to reduce the plan payment to $750 a month beginning October 2023 until the end of the plan and to add language in section 8.1 of their plan that the Trustee is not to make payments on the secured U.S. Department of Housing and Urban Development (HUD) claim.

13. The Debtors have filed the instant case in good faith and they intend to complete the plan

of reorganization and they have reviewed with their counsel the allegations set forth in

this motion to modify their Chapter 13 Plan and have provided Affidavits in support of

the allegations in the motion to their counsel.  (See Affidavits)


WHEREFORE, the Debtors respectfully request that this Court modify the Debtors' Plan

Post Confirmation to defer the current default until the end of the plan and to reduce the plan

payment to $750 a month beginning October 2023 until the end of the plan and to add language in

section 8.1 of their plan that the Trustee is not to make payments on the secured U.S. Department

of Housing and Urban Development (HUD) claim; and for such further relief that this Court may

deem just and proper.

Dated:  September 21, 2023                         Respectfully Submitted,


By:     /s/ David H. Cutler

David H. Cutler, esq.,
Counsel for Debtors:
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600