UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 23-01997 |
|---|---|---|
| Robert Robin Rojas | ) | |
| Magdiell De Cristo Rojas | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTORS' MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given,

IT IS HEREBY ORDERED:

1. That the confirmed plan is modified to provide that the default accruing to and including September 2023 is deferred.

2. That the remaining payments under the plan shall be $750 per month, beginning October 2023 until the end of the plan.

3. To add language to part 8 of the plan, nonstandard plan provisions, to list in section 8.1 that the claim by the U.S. Department of Housing and Urban Development for the property located at 4930 W Newport Ave Chicago, IL 60641 was part of a loan modification and the Trustee is to make no payments to such creditor.

4. That trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 12, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtors:
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600