UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-01997
Robert Robin Rojas )
Magdiell De Cristo Rojas ) Chapter: 13
) Honorable Timothy Barnes
)
)
Debtor(s) )

## ORDER MODIFYING DEBTORS' PLAN

This matter coming before the Court for a hearing on debtors' motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,

IT IS HEREBY ORDERED:

1. That the default, accruing to and including April 2024, is deferred.

2. That trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: May 09, 2024

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600